# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| LACY NICOLE LONG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-18-11-SPS |
| | ) |
| 75 JUNCTION CORPORATION, | ) |
| a domestic for profit business corporation | ) |
| doing business as 75 Junction, | ) |
| | ) |
| Defendant. | ) |

## JUDGMENT

In accordance with the Opinion and Order [Docket No. 31] entered contemporaneously herewith, JUDGMENT IS HEREBY RENDERED in favor of Defendant 75 Junction Corporation, and against the Plaintiff Lacy Nicole Long.

**It is so ordered** this 1st day of November, 2018.

_____
Steven P. Shreder
United States Magistrate Judge
Eastern District of Oklahoma